# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LOL FINANCE COMPANY, | Civil No. 09-0741 JRT/RLE |
| Plaintiff, | |
| v. | **ORDER** |
| F.J. FAISON, JR. REVOCABLE TRUST, ALAN G. HERRING, CARLA A. HERRING, DAVID G. HERRING, JANE HERRING, AND DOROTHY S. FAISON, | |
| Defendants. | |

Jonathan C. Miesen, Troy J. Hutchinson, and John Brogan, **STOEL RIVES LLP**, 33 South Sixth Street, Suite 4200, Minneapolis, MN 55402, for plaintiff.

Steve W. Gaskins and Wendy M. Canaday, **FLYNN GASKINS & BENNETT, LLP**, 333 South Seventh Street, Suite 2900, Minneapolis, MN 55402, for defendants F.J. Faison, Jr. Revocable Trust and Dorothy S. Faison.

Andrew S. Birrell, **BIRRELL & NEWMARK, LTD**, 333 South Seventh Street, Suite 3020, Minneapolis, MN 55402, for defendants Alan G. Herring, Carla A. Herring, David G. Herring, and Jane Herring.

This matter is before the Court on the letter submitted by Jonathan Miesen and his requests regarding the recovery of attorney fees and bill of costs in this case.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that

1. Plaintiff's request to file a single motion for recovery of attorney fees and a single bill of costs is GRANTED. The papers shall be filed within 30 days after the entry of judgment against the Herring Defendants.

2. Any responses shall be filed within 14 days after the motion is filed.

Dated: July 8, 2010
at Minneapolis, Minnesota

                                       _____ s/ John R. Tunheim _____
                                               JOHN R. TUNHEIM
                                       United States District Judge