**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| LOL FINANCE COMPANY, | Civil No. 09-0741 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| F.J. FAISON, JR. REVOCABLE TRUST, ALAN G. HERRING, CARLA A. HERRING, DAVID G. HERRING, JANE HERRING, AND DOROTHY S. FAISON, | |
| Defendants. | |

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, dated July 13, 2010 [Docket No. 80]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Plaintiff's Amended Motion for Summary Judgment [Docket No. 59] is **GRANTED** in its entirety.


Dated: August 4, 2010
at Minneapolis, Minnesota            s/ John R. Tunheim
                                   JOHN R. TUNHEIM
                                   United States District Judge